**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph V. NASH, Defendant–Appellant.**

**Nos. 91–50760, 92–50310,
92–50374, 93–50694.**

United States Court of Appeals,
Ninth Circuit.

Jan. 3, 1996.

Before: FLETCHER, CANBY, and HALL, Circuit Judges.

Appellant's petition for rehearing filed with the Court on September 29, 1995, is

hereby GRANTED. The opinion filed August 24, 1995, is WITHDRAWN.